[No. 10019-7-III.   Division Three.   January 10, 1991.]

STEVEN A. MINKLER, *Appellant,* v. TED HART, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 88-2-00014-1, Yancey Reser, J., entered April 21, 1989. *Affirmed in part* and *reversed in part* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and Munson, J.

[No. 25007-8-I.   Division One.   January 14, 1991.]

*In the Matter of the Personal Restraint of* JAMES VIRGIL SMITH, *Petitioner.*

Petition for relief from personal restraint. *Remanded* by unpublished per curiam opinion.

[No. 23873-6-I.   Division One.   January 14, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. GENE RAYMOND KANE, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-1-05341-0, Liem E. Tuai, J., entered March 29, 1989. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Coleman and Baker, JJ.

[No. 25699-8-I.   Division One.   January 14, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. ERIC JOHN PETRIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-8-06329-0, Jack A. Richey, J. Pro Tem., entered February 22, 1990. *Affirmed in part* and *remanded* by unpublished per curiam opinion.